UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>  v. )<br> )<br>NAIIB ALI THABIT AL-NAMER, a.k.a Amir )<br>Annatar, a.k.a Amir Abdo Nagi Annatar, )<br>    Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:14-CV-85-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's United States citizenship is revoked, Defendant is restrained and enjoined from claiming any rights, privileges, benefits, or advantages under any document evidencing United States citizenship, and Defendant is to surrender his Certificate of Naturalization No. 23 969 134 and all United States Passports issued to Al-Namer.

SO ORDERED. This 17th day of February, 2016.

**This Judgment Filed and Entered on February 17, 2016, and Copies To:**

| | |
|---|---|
| Kathleen A. Connolly | (via CM/ECF Notice of Electronic Filing) |
| Sherease R. Pratt | (via CM/ECF Notice of Electronic Filing) |
| Jorgelina E. Araneda | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>February 17, 2016 | JULIE RICHARDS JOHNSTON, CLERK<br>(By) /s/ Nicole Briggeman<br> Deputy Clerk |